In the Matter of the Estate of NATHAN LANS, Deceased. PRUDENTIAL APPRAISERS, INC., Respondent; BERNICE MARLOWE, Individually and as Executrix of NATHAN LANS, Deceased, Appellant.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.